[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 331.]

THE STATE EX REL. MCADOO, CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, CROSS-APPELLEE.

[Cite as *State ex rel. McAdoo v. Indus. Comm.*, 1998-Ohio-105.]

*Workers' compensation—Court of appeals' judgment affirmed on authority of Newman.*

(No. 96-1654—Submitted August 19, 1998—Decided October 7, 1998.)

CROSS-APPEAL from the Court of Appeals for Franklin County, No. 95APD05-615.

————————————

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy; Deegan & McGarry* and *F. Timothy Deegan,* for cross-appellant.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst*, Assistant Attorney General, for cross-appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on authority of *State ex rel. Newman v. Indus. Comm.* (1997), 77 Ohio St.3d 271, 673 N.E.2d 1301.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————